| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Wakefield Collision Center, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **AKA Patriot Auto Body** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **270815478** |
| 4. | Debtor's address | **Principal place of business**  **2185 Main St**  **Tewksbury, MA 01876-3029**  Number, Street, City, State & ZIP Code  **Middlesex**  County | **Mailing address, if different from principal place of business**  **2185 Main St**  **Tewksbury, MA 01876-3029**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **2185 Main St   Tewksbury, MA 01876-3029**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Wakefield Collision Center, Inc.** _____  Case number (*if known*) _____
 Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Debtor **Wakefield Collision Center, Inc.** _____ Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☒ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  **Wakefield Collision Center, Inc.**_____   Case number (*if known*)_____
        Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 5, 2023**
             MM / DD / YYYY

**X** **/s/ John Lanteigne**_____     **John Lanteigne**_____
    Signature of authorized representative of debtor     Printed name

Title  **President**_____

**18. Signature of attorney**

**X** **/s/ George J Nader**_____     Date **October 5, 2023**
    Signature of attorney for debtor                       MM / DD / YYYY

**George J Nader 549149**
Printed name

**Riley & Dever**
Firm name

**210 Broadway Suite 101**
**Lynnfield, MA 01940**
Number, Street, City, State & ZIP Code

Contact phone  **(781) 581-9880**     Email address  **nader@rileydever.com**

**549149 MA**
Bar number and State

## OFFICIAL LOCAL FORM 7

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re **Wakefield Collision Center, Inc.**

Case No. _____

Chapter **7**

Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] **Wakefield Collision Center Inc.** and _____ _____ hereby declare(s) under penalty of perjury that all of the information contained in my **Schedules, Statements** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 8/24/2023

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 8/24/2027

Signed: _____
(Attorney for Affiant - /s/used by Registered ECF Users Only)

Debtor  **Wakefield Collision Center, Inc.**  Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 24, 2023**
             MM / DD / YYYY

X /s/ John Lanteigne          John Lanteigne
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X /s/ George J. Nader          Date  **August 24, 2023**
Signature of attorney for debtor       MM / DD / YYYY

**George J. Nader**
Printed name

**Riley & Dever, P.C.**
Firm name

**210 Broadway Ste 101**
**Lynnfield, MA 01940-2351**
Number, Street, City, State & ZIP Code

Contact phone                    Email address  **nader@rileydever.com**

**549149**
Bar number and State

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In Re: ) | |
| ) | |
| ) | Chapter 7 |
| WAKEFIELD COLLISION CENTER, INC. ) | Case No. 23- |
| d/b/a Patriot Auto Body ) | |
| ) | |
| Debtor. ) | |
| ) | |

## CORPORATE VOTE
## WAKEFIELD COLLISION CENTER, INC.

The undersigned is the Clerk and sole Director of **WAKEFIELD COLLISION CENTER, INC.** d/b/a Patriot Auto Body, a Massachusetts corporation (the "Company"). On August 9, 2023 the following votes were recorded at a meeting of the Directors of the Company, a quorum being present:

VOTED: That John Lanteigne, is hereby authorized to execute all documents required to cause the Company to file the appropriate federal bankruptcy case under Chapter 7 of the United States Bankruptcy Code;

VOTED: That George J. Nader, Esq., Riley & Dever, P.C. 210 Broadway, Suite 101, Lynnfield, Massachusetts, is hereby retained as legal counsel to represent the Company in connection with the Chapter 7 case.

Dated at Lynnfield, Massachusetts, this 9th day of August 2023.

/s/ John Lanteigne

John Lanteigne, Clerk
**WAKEFIELD COLLISION CENTER, INC.**

# United States Bankruptcy Court
### District of Massachusetts

In re  **Wakefield Collision Center, Inc.**   Case No.
Debtor(s)   Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 5, 2023**   **/s/ John Lanteigne**
**John Lanteigne**/**President**
Signer/Title

```
495 Chrysler Jeep/Dodge
732 Rogers Street
Lowell, MA 01852


495 Maxda
720 Rogers Street
Lowell, MA 01852


A&S Towing
222 Andover Street
Wilmington, MA 01887


AAA Tire
127 Main Street
Wilmington, MA 01887


Action Emergency Services
1087 Broadway
Revere, MA 02151


AsTech
5700 Tennyson Parkway Suite 600
Plano, TX 75024


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Chase Card Services
PO Box 1423
Charlotte, NC 28201-1423


Gervais Imports
6 Industrial Avenue
Lowell, MA 01851


Grappone
PO Box 1200
Concord, NH 03302


Hafners Energy
2 International Way
Lawrence, MA 01843


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Kelly Ford
155 Andover Street
Danvers, MA 01923


Kelly Honda
155 Andover Street
Danvers, MA 01923
```

```
Kelly Jeep
353 Broadway
Lynnfield, MA 01940


Kelly Nissan
155 Andover Street
Danvers, MA 01923


Kelly VW
72 Andover Street
Danvers, MA 01923


Keystone Automotive Industries
PO Box 415860
Boston, MA 02241-5860


Longs Cadillac
PO Box 625
Southborough, MA 01772


MassDOR
PO Box 7090
Boston, MA 02204


Mirak Automotive Group
1125 Massachusetts Avenue
Arlington, MA 02476


Mitchell International, Inc.
PO Box 846946
Los Angeles, CA 90084-6946


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801


Parts Authority
PO Box 744895
Atlanta, GA 30374-4895


Republic Services
PO Box 9001099
Louisville, KY 40290-1099


Town of Tewksbury
11 Town Hall
Tewksbury, MA 01876


UTICA National Insurance
PO Box 6532
Utica, NY 13504-6532


Verizon
PO Box 15124
Albany, NY 12212-5124
```

```
Vitale Realty, LLC
2185 Main Street
Tewksbury, MA 01876
```